Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

JUL 24 2026 PM12:29
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | | |
|---|---|---|
| PHYLLIS LEWIS | ) | Case No. $8:26-CV-2131-MSS-AAS$ |
| | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ✔Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| ELEVANCE HEALTH (ANTHEM) | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | PHYLLIS LEWIS |
| Street Address | 2302 MAKI ROAD APT. # 3 |
| City and County | PLANT CITY/ HILLSBROUGH |
| State and Zip Code | FL 33563 |
| Telephone Number | 813-403-4228 |
| E-mail Address | caringhands95@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.


I.F.P

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

| | |
|---|---|
| Name | ELEVANCE HEALTH (ANTHEM) |
| Job or Title *(if known)* | CLAIM ANALYST |
| Street Address | 220 VIRGINIA AVE |
| City and County | INDIANAPOLIS / MARION |
| State and Zip Code | IN 46204 |
| Telephone Number | (833) 401-1577 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | KATHLEEN (KATIE) PEYTON |
| Job or Title *(if known)* | MANAGER |
| Street Address | 5411 SKYCENTER DRIVE |
| City and County | TAMPA/ HILLSBROUGH |
| State and Zip Code | FL 33607 |
| Telephone Number | (833) 401-1577 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | ELEVANCE HEALTH (ANTHEM) |
| Street Address | 5411 SKYCENTER DRIVE |
| City and County | TAMPA/ HILLSBROUGH |
| State and Zip Code | FL 33607 |
| Telephone Number | (833) 401-1577 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☑ Termination of my employment.

☐ Failure to promote me.

☑ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☑ Retaliation.

☑ Other acts *(specify)*:    HARASSMENT

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
03/24l2025 earliest 12/08/2025 Latest

C.    I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race _____

☐ color _____

☐ gender/sex _____

☐ religion _____

☐ national origin _____

☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*
ANXIETY AND DEPRESSION F32.2

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

On 03/08/2023 my first tratment with increased stress levels of anxiey and depression F32.2 Severe Depressive Episode with my MD Cheryl Robertson. On or around March 24, 2025 through July 21, 2025 , I was out of work on FMLA for my disability aniexty and depression .Leave was approved with with leave group ID 2535010 employee ID 1590098 with my impairment Is ongoing for all job functions due to significant anxiety and depressive symptoms. The form was faxed to my FMLA case manager Judith Whicker @ 888-438-5207 from my MD Cheryl Robertson as requested on the Certification OF HEALTH CARE PROVIDER Form. Begining on or around May 9, 25 my manager Katie Peyton sent a series of text messages that I was out of work unapproved leave. I filed a compliant with HR on or around May 19, 25 for Harassment from my manager Katie Peyton by email and the compliant were

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

May 20,2026

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*   05/27/2026   .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *07-24-2026*

Signature of Plaintiff *Phyllis Lewis*

Printed Name of Plaintiff *Phyllis Lewis*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____